due to the s$^d$ Scilley by an Award and also weekely wages due as by the bond bearing date. 22° January. 1677. and an award under the hands of Samuel White & Christopher Webb bearing date. pr° March 1677/8. will more fully appeare w$^{th}$ all other due damages &c. . . The Jury . . . found for the plaint. the Forfiture of the bond being Fifty pounds mony and costs of Court: Vpon hearing of both partys the Court chancered this Forfiture to twenty five pounds of s$^d$ Summe & costs of Court granted thirty four Shillings 4$^d$

Execution issued 20th May. 1678.

### Bartholmew ag$^t$ Hathorn

William Bartholmew plaint. ag$^t$ Sara Hathorn Exec$^x$ & Ebenezar Hathorn Executo$^r$ to the last will of Jn° Hathorn dece$^d$ Def$^t$ The plaint. withdrew his Action.

### Keen ag$^t$ Oxe

John Keen plaint. on appeale from the Judgem$^t$ of the Worpp$^{ll}$ Edw$^d$ Tyng Esq$^r$ ag$^t$ Robert Oxe Defend$^t$. . . . The Jury . . . found for the plaint. Revertion of the former Judgem$^t$ and costs of Courts. Tho: Lacey as Attourny of the Defend$^t$ appealed from the Judgem$^t$ of this Court unto the next Court of Assistants & gave Security for the prosecution thereof to Effect.

[ This was an appeal from a Commissioner's Court, in an action of debt of 2$l$ for a disappointing barrel of anchovies. (Bill in S. F. 1707.3.)

S. F. 1707.2

John Keene his Reasons of Appeale from the Judgem$^{ts}$ of the Worpp$^{ll}$ Edward Tyng Esq$^r$ dated the. 23th of Decemb$^r$ 1677. @

Jmp$^{rs}$ The now plaintife ownes that hee treated with m$^r$ Oxe but did not make a positive bargain about a small caske of Anchovis; which s$^d$ Keene would have paid for if good and Merchantable; but s$^d$ Oxe sent a caske to his house that was not good or Merchantable Therefore the now plaintife appeales to his Honorable Court for Judgement in the case, humbly conceiving that the Anchovis were not good and Merchantable or worth the money charged for, nor is the process legall being in m$^r$ Oxe his Name when hee Sweares it was in behalfe of his principall in England contrary to the Law page the Eight Sect. the 3$^d$ all which J leave to this Court and Jury, and remain yo$^r$ Hono$^{rs}$ Servant to command.

John Keene

These Reasons of Appeale were Rec$^d$ april: 25th 1678.

Edward Tyng